No. 99–1986. CARINI v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–1987. CSX TRANSPORTATION, INC. v. PALANK, PERSONAL REPRESENTATIVE OF THE ESTATE OF PALANK, DECEASED, AND AS MOTHER, NATURAL GUARDIAN, AND NEXT FRIEND OF PALANK ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 99–1989. PROVOST v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 99–1990. NATHAN R., BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, RICHARD R. ET UX. v. BOARD OF EDUCATION OF OAK PARK AND RIVER FOREST HIGH SCHOOL DISTRICT 200. C. A. 7th Cir. Certiorari denied.

No. 99–1991. MAHARISHI VEDIC UNIVERSITY v. WASHINGTON UNIVERSITY MEDICAL CENTER REDEVELOPMENT CORP. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 99–1992. CYPRIAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–1993. MASTER FINANCIAL, INC. v. MCDONALD ET UX. C. A. 3d Cir. Certiorari denied.

No. 99–1997. JOOS v. JOOS. Ct. App. Utah. Certiorari denied.

No. 99–1998. LOWERY ET AL. v. CIRCUIT CITY STORES, INC. C. A. 4th Cir. Certiorari denied.

No. 99–1999. EVERETT v. DEPARTMENT OF VETERANS AFFAIRS (two judgments). C. A. 4th Cir. Certiorari denied.

No. 99–2000. VIDEO TRAX, INC. v. NATIONSBANK, N. A. C. A. 11th Cir. Certiorari denied.

No. 99–2001. DEW v. HEALTH INSURANCE PLAN OF GREATER NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.